

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

June 25, 2019

| | |
|---|---|
| Nos.: | 19-55526, 19-55728   Cross Appeals |
| D.C. Nos.: | 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM |
| Short Title: | Center for Bio Diversity, et al v. BOEM, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation; PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION; CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BUREAU OF OCEAN ENERGY MANAGEMENT, <br><br> Defendant - Appellee, <br><br> AMERICAN PETROLEUM INSTITUTE, <br><br> Intervenor-Defendant - Appellant, <br><br> and <br><br> RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy | No. 19-55526 <br><br> D.C. Nos. 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM <br><br> U.S. District Court for Central California, Los Angeles <br><br> **TIME SCHEDULE ORDER** |

Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE, Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,

   Defendants,

EXXON MOBIL CORPORATION; DCOR, LLC,

   Intervenor-Defendants.

---

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation; PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION; CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,

No. 19-55707

D.C. Nos. 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM

U.S. District Court for Central California, Los Angeles

Plaintiffs - Appellees,

v.

BUREAU OF OCEAN ENERGY MANAGEMENT; RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE, Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,

Defendants,

AMERICAN PETROLEUM INSTITUTE; DCOR, LLC,

Intervenor-Defendants,

and

EXXON MOBIL CORPORATION,

Intervenor-Defendant - Appellant.

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation, | No. 19-55708 |
| Plaintiffs - Appellants, | D.C. Nos. 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM |
| and | U.S. District Court for Central California, Los Angeles |
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION; CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, | |
| Plaintiffs, | |
| v. | |
| BUREAU OF OCEAN ENERGY MANAGEMENT; RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE, Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL | |

ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,

   Defendants - Appellees,

AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORPORATION; DCOR, LLC,

   Intervenor-Defendants - Appellees.

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation; PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION; CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,

   Plaintiffs - Appellees,

 v.

BUREAU OF OCEAN ENERGY MANAGEMENT; RICHARD YARDE, Regional Supervisor, Office

No. 19-55718

D.C. Nos. 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM

U.S. District Court for Central California, Los Angeles

of Environment, Bureau of Ocean Energy Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE, Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,

   Defendants,

AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORPORATION,

   Intervenor-Defendants,

and

DCOR, LLC,

   Intervenor-Defendant - Appellant.

---

ENVIRONMENTAL DEFENSE CENTER, a California non-profit | No. 19-55725

| | |
|---|---|
| corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation; PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION; CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT; RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE, Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,<br><br>      Defendants - Appellants,<br><br> and | D.C. Nos. 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM<br><br>U.S. District Court for Central California, Los Angeles |

AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORPORATION; DCOR, LLC,

      Intervenor-Defendants.

---

PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION,

      Plaintiffs - Appellants,

and

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,

      Plaintiffs,

v.

BUREAU OF OCEAN ENERGY MANAGEMENT; RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE,

No. 19-55727

D.C. Nos. 2:16-cv-08418-PSG-FFM, 2:16-cv-08473-PSG-FFM, 2:16-cv-09352-PSG-FFM

U.S. District Court for Central California, Los Angeles

Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,

       Defendants - Appellees,

AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORPORATION; DCOR, LLC,

       Intervenor-Defendants - Appellees.

---

CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,

       Plaintiffs - Appellants,

and

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation; PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General;

No. 19-55728

D.C. Nos. 2:16-cv-08418-PSG-FFM,
2:16-cv-08473-PSG-FFM,
2:16-cv-09352-PSG-FFM

U.S. District Court for Central California, Los Angeles

CALIFORNIA COASTAL COMMISSION,

        Plaintiffs,

v.

BUREAU OF OCEAN ENERGY MANAGEMENT; RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy Management; DAVID FISH, Bureau of Safety and Environmental Enforcement; WALTER CRUICKSHANK, Acting Director, Bureau of Ocean Energy Management; SCOTT ANGELLE, Director, Bureau of Safety and Environmental Enforcement; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; JOAN BARMINSKI, Pacific Region Director, Bureau of Ocean Energy Management; MARK FESMIRE, Pacific Region Director, Bureau of Safety and Environmental Enforcement; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior,

        Defendants - Appellees,

AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORPORATION; DCOR, LLC,

        Intervenor-Defendants - Appellees.

This order vacates all brief due dates set by previously issued time schedule orders. The parties shall meet the following cross appeal time schedule.

| | |
|---|---|
| **Tue., July 2, 2019** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., September 27, 2019** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 28.1. |
| **Mon., October 28, 2019** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 28.1. |
| **Wed., November 27, 2019** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 28.1. |

**The optional cross appeal reply brief shall be filed and served within 21 days of service of the third brief on cross appeal, pursuant to FRAP 28.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7